UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. PETERSON, et al.,<br><br>　　　　　Defendants. | No. 1:22-cv-0019 JLT EPG (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |

Lance Williams is a state prisoner, proceeding *pro se* with this action.  On April 21, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and ordered Plaintiff to pay the filing fee in full within 30 days.  (Doc. 14 at 2.)  Plaintiff was warned that "failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice." (*Id.* at 5, emphasis in original.)  The 30-day period has expired, and Plaintiff failed to pay the $402 filing fee.  Accordingly, the Court **ORDERS**:

　　　　1.　　　This action is **DISMISSED** without prejudice.

　　　　2.　　　The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　　Dated:　**June 3, 2022**　　　　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE